IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE DIVISION

TIMOTHY THOMAS AND    )
TRACY THOMAS            )    CASE NO. 04- 93745
DEBTORS.                )

SCHEDULE OF POST-PETITION DEBT

| Creditor | Debt | Amount |
|---|---|---|
| Village of Rantoul Light & Water<br>333 S. Tanner St.<br>Rantoul, IL 61866 | debt incurred prior to date of bankruptcy filing of 11/23/04<br>#28523-7778 | $unknown |
| Pro Com Services of Illinois, Inc.<br>P.O. Box 202<br>Springfield, IL 62705 | debt incurred prior to date of bankruptcy filing of 11/23/04 | $65.00 |
| Capital One/Telecom<br>P.O. Box 163250<br>Columbus, OH 43216-3250 | debt incurred prior to date of bankruptcy filing of 11/23/04 | $70.22 |
| Carle Foundation Physician Serv.<br>P.O. Box 911287<br>Dallas, TX 75391 | debt incurred prior to date of bankruptcy filing of 11/23/04; #593353 | $225.00 |
| NCO Financial System<br>P.O. Box 15630<br>Dept. 99<br>Wilmington, DE 19850 | debt incurred prior to date of bankruptcy filing of 11/23/04<br>#2178927896030723 | $14.06 |
| Transworld Systems, Inc.<br>25 Northwest Point Blvd., #750<br>Elk Grove Vlg., IL 60007 | debt incurred prior to date of bankruptcy filing of 11/23/04; #7223E-0001507233 | $132.11 |
| R.M.S.<br>77 Hartland St., Suite 401<br>P.O. Box 280431<br>East Hartford, CT 06128-0431 | debt incurred prior to date of bankruptcy filing of 11/23/04; #1624279 | $125.00 |
| Carle Clinic Assoc.<br>P.O. Box 6002<br>Urbana, IL 61803-6002 | debt incurred prior to date of bankruptcy filing of 11/23/04; #97124952 | $2,131.04 |

| | | |
|---|---|---|
| Mediacom<br>609 S. Fourth St.<br>Chillicothe, IL 61523-0334 | debt incurred prior to date of<br>bankruptcy filing of<br>11/23/04; #838391250028415 | $360.02 |
| Verizon North<br>P.O. Box 920041<br>Dallas, TX 75392-0041 | debt incurred prior to date of<br>bankruptcy filing of<br>11/23/04; #587418346050900701 | $91.17 |
| Credit Protection Assoc.<br>P.O. Box 802068<br>Dallas, TX 75380-2068 | debt incurred prior to date of<br>bankruptcy filing of<br>11/23/04 | $101.82 |
| Carle Foundation Hospital<br>611 W. Park St.<br>Urbana, IL 61801-2595 | debt incurred prior to date of<br>bankruptcy filing of 11/23/04<br>#70769428/#70797268 | $1,417.23 |
| Provena Covenant<br>c/o Creditors Collection Bureau<br>2175 W. Oneida<br>Joliet, IL 60435 | debt incurred prior to date of<br>bankruptcy filing of 11/23/04<br>#1592367 | $611.45 |
| Christie Clinic<br>101 W. University Ave.<br>Champaign, IL 61820-3909 | debt incurred prior to date of<br>bankruptcy filing of 11/23/04<br>#55-09971 | $1,000.00 |
| Allied Interstate<br>540 Dick Rd.<br>Cheektowago, NY 14225 | debt incurred prior to date of<br>bankruptcy filing of 11/23/04<br>#8800800354 | $32.09 |
| Old Orchard Lanes<br>901 N. Dunlap<br>Savoy, IL 61874 | debt incurred prior to date of<br>bankruptcy filing of 11/23/04 | $70.00 |
| Santanna Energy Services<br>P.O. Box 200024<br>Houston, TX 77216-0024 | debt incurred prior to date of<br>bankruptcy filing of 11/23/04<br>#2005-000284665 | $91.53 |
| Rantoul Public Library<br>106 W. Flessner<br>Rantoul, IL 61866 | debt incurred prior to date of<br>bankruptcy filing of 11/23/04 | $46.95 |
| Eater Jr. High School<br>400 E. Wabash Ave.<br>Rantoul, IL 61866 | debt incurred prior to date of<br>bankruptcy filing of 11/23/04 | $125.00 |

| | | |
|---|---|---|
| Check Alert<br>1124 S. 8th St.<br>Springfield, IL 62703-2594 | debt incurred prior to date of<br>bankruptcy filing of 11/23/04<br>#102515 | $75.00 |
| H&R Accounts, Inc.<br>7017 John Deere Parkway<br>Moline, IL 61265 | debt incurred prior to date of<br>bankruptcy filing of 11/23/04<br>#97124952 | $2,131.04 |
| MCM<br>P.O. Box 939019<br>San Diego, CA 92193-9019 | debt incurred prior to date of<br>bankruptcy filing of 11/23/04<br>#8514485629 | $70.22 |
| Nicor Gas<br>P.O. Box 416<br>Aurora, IL 60568-0001 | debt incurred prior to date of<br>bankruptcy filing of 11/23/04<br>#20924102088 | $1,340.57 |
| Chartone<br>P.O. Box 152472<br>Irving, TX 75015-2472 | debt incurred prior to date of<br>bankruptcy filing of 11/23/04<br>#351650211262006 | $8.59 |
| Apria Healthcare<br>7353 Company Dr.<br>Indianapolis, IN 46237-9274 | debt incurred prior to date of<br>bankruptcy filing of 11/23/04<br>#0235acx401 | $84.00 |
| Little Wings<br>205 E. Frost Ave.<br>Rantoul, IL 61866 | debt incurred prior to date of<br>bankruptcy filing of 11/23/04 | $230.00 |
| J&D Auto Sales<br>629 W. Washington<br>Rantoul, IL 61866 | debt incurred prior to date of<br>bankruptcy filing of 11/23/04 | $2,500.00 |
| The Nation<br>P.O. Box 55149<br>Boulder, CO 80322-5149 | debt incurred prior to date of<br>bankruptcy filing of 11/23/04 | $17.95 |